```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
                                        :
                                        :    13 Cr. 30 (JSR)
         -v-                            :
                                        :    ORDER
                                        :
EDGAR ENCARNACION LAFONTAINE,           :
                                        :
                                        :
         Defendant.                     :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to the C.J.A. attorney on duty today, July 30, 2021, Angus James Bell, Esq., for the purposes of preparing a motion for compassionate release. Counsel for the defense and the Government are directed to jointly call Chambers by no later than Friday, August 6, 2021 to set up a briefing schedule for the motion.

SO ORDERED.

Dated: New York, NY
       7/30/ 2021

                                                    JED S. RAKOFF, U.S.D.J.