UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                 No.   1:13-CR-00030-LTS-JSR

EDGAR ENCARNACION LAFONTAINE,

        Defendant.

--------------------------------------------------------x

## Order

        The Court has received and reviewed Plaintiff's letter, dated May 18, 2022.  The letter will be filed under seal because it discusses attorney-client communications. To the extent Plaintiff seeks action based on his allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit."  28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102).  To the extent Plaintiff is requesting that the undersigned make or alter any rulings in the above case, the request is denied.  The Chief Judge does not have authority to take such action in cases assigned to other members of the Court.

        The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Encarnacion-Lafontaine at the below address and note service on the docket.

        SO ORDERED.

Dated: May 31, 2022
       New York, New York

                                                               /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge

Copy mailed to:
Edgar Encarnacion Lafontaine
Reg. No. 64452054
FCI Manchester Kentucky
805 Fox Hollow Road
Manchester, KY
40962